UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-02136-GAP-DCI

HOWARD COHAN,

    Plaintiff,

vs.

APPLE NINE FLORIDA SERVICES, INC.
a Foreign Profit Corporation
d/b/a HOME2 SUITES ORLANDO AIRPORT

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, APPLE NINE FLORIDA SERVICES, INC., a Foreign Profit Corporation, d/b/a HOME2 SUITES ORLANDO AIRPORT, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED April 5, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Elizabeth M. Rodriguez** |
| Gregory S. Sconzo, Esq. | Elizabeth M. Rodriguez |
| Florida Bar No.: 0105553 | Florida Bar No. 821690 |
| Sconzo Law Office, P.A. | FordHarrison |
| 3825 PGA Boulevard, Suite 207 | 1 SE Third Avenue, Suite 2130 |
| Palm Beach Gardens, FL 33410 | Miami, Florida 33131 |
| Telephone: (561) 729-0940 | Telephone: (305) 808-2143 |

1

Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

Facsimile: (305) 808-2101
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                           **/s/ Gregory S. Sconzo**
                                                          **Gregory S. Sconzo, Esq.**